UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

3:17CR14-FDW

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff | ) ) ) | ORDER |
| | ) | |
| OMAR CARRILLO-VILLAGRANA | ) ) | |
| Defendant | ) | |

This **MATTER** is before the Court on its own motion to administratively close the case as to **OMAR CARRILLO-VILLAGRANA**. The defendant appears to remain a fugitive with no activity taking place in this case in recent times.

It is, therefore, **ORDERED** that this case be deemed closed for administrative purposes only, subject to re-opening upon the apprehension or appearance of the defendant.

Signed: October 2, 2017

Frank D. Whitney
Chief United States District Judge