UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:17-CR-14 |
| | ) | |
| v. | ) | PETITION FOR |
| | ) | WRIT OF HABEAS CORPUS |
| | ) | |
| OMAR CARRILLO-VILLAGRANA | ) | |
| OFFENDER #195025 | ) | |
| | ) | |

NOW COMES the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, and OMAR CARRILLO-VILLAGRANA, DOB: 1/20/1987; W/M who is presently detained in the Cabarrus County Jail, for his appearance before the Court in the Western District of North Carolina in connection with a Bill of Indictment in the above district against said defendant.

It is further ORDERED that immediately after the said case shall have been disposed of OMAR CARRILLO-VILLAGRANA, be returned to the said Cabarrus County Jail under safe and secure conduct, and have you then and there this writ

RESPECTFULLY SUBMITTED, this 2nd day of January, 2019.

R. ANDREW MURRAY
UNITED STATES ATTORNEY
**s/Steven R. Kaufman**
Assistant United States Attorney
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
(704) 344-6222 - office
(704) 344-6629 - fax