# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Docket No. 3:17-cr-14-FDW |
| v. ) | |
| (2) OMAR CARRILLO-VILLAGRANA ) | **ORDER** |

This matter is before the Court on the Motion of the United States of America, with consent of Defendant Omar Carrillo-Villagrana, to dismiss without prejudice the charges against Defendant Omar Carrillo-Villagrana in the above-captioned Bill of Indictment, because he has pleaded guilty to related bill of information in 3:19-cr-226-FDW.

IT IS HEREBY ORDERED that the motion be GRANTED and that the charges against Defendant Omar Carrillo-Villagrana in the above-captioned Bill of Indictment be dismissed without prejudice.

SO ORDERED this 4th day of September 2019.

Frank D. Whitney
Chief United States District Judge